**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

FREDDIE EARL PAYNE, JR.,               )
                                       )
        Plaintiff,                     )
                                       )
    vs.                                )        Case No. 1:26-cv-00028-MTS
                                       )
MATTHEW RUDD, *et al.*,                )
                                       )
        Defendants.                    )

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file.  Plaintiff Freddie Earl Payne, Jr., initiated this action on February 09, 2026, but his filing fee remains unpaid and is due. Congress requires a litigant "instituting any civil action, suit or proceeding in [a district] court . . . to pay a filing fee of $350," along with any "additional fees" required by the Judicial Conference of the United States.  28 U.S.C. § 1914(a), (b).  The Judicial Conference has prescribed a $55 administrative fee for instituting a civil action in federal district court.  *See* Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule, ¶ 14 (effective Dec. 1, 2023).  Accordingly, the total filing fee for this action is $405.

Congress has also given district courts the power to "authorize the commencement" of any suit, action, or proceeding without the prepayment of fees if the filer is "unable to pay such fees or give security therefor" and submits an affidavit stating the filer's assets, his inability to pay, and the nature of the action.  *See* 28 U.S.C. § 1915(a)(1).  But here, Plaintiff has not filed an Application to Proceed in U.S. District Court without Prepaying

Fees or Costs that, if properly completed, would permit the Court to determine whether Plaintiff's lawsuit can proceed without prepayment.  In addition, a review of Plaintiff's filings indicates that, when he initiated this action, he was an inmate at the Pemiscot County Justice Center.  Doc. [1-1] at 2.  When a filer is a "prisoner" as defined in 28 U.S.C. § 1915(h), the Prison Litigation Reform Act of 1996 ("PLRA") imposes additional, mandatory requirements before he can proceed without prepayment.  Specifically, in addition to the affidavit described above, the prisoner must submit a certified copy of his trust fund account statement "for the 6-month period preceding the filing of the complaint, . . . obtained from the appropriate official of each prison at which the prisoner is or was confined."  28 U.S.C. § 1915(a)(2).

To date, Plaintiff has failed to comply with either of the PLRA's requirements. *First*, he has not filed an affidavit that sets forth all his assets, demonstrates his indigency, or describes the nature of his suit.  *Second*, although Plaintiff has filed what appears to be a summary of certain transactions within his trust fund account,  Doc. [3], the document is not certified, and there is no indication that Plaintiff obtained it from "the appropriate official of [the] prison" where he is confined, 28 U.S.C. § 1915(a)(2). Mindful of Plaintiff's *pro se* status, however, the Court will give Plaintiff additional time to cure these deficiencies by either paying the $405 filing fee or filing a properly supported Application to Proceed in U.S. District Court without Prepaying Fees or Costs.  If Plaintiff chooses to

- 2 -

file an Application, he must carefully complete it* and file a new, <u>certified</u> copy of his trust fund account statement for the 6-month period proceeding the filing of his Complaint. Failure to comply with these instructions will result in dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **<u>Tuesday</u>**, **<u>May 26, 2026</u>**, Plaintiff Freddie Earl Payne, Jr., shall either pay the $405 filing fee in this matter or file a properly supported Application to Proceed in U.S. District Court without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that the Clerk of Court is respectfully directed to mail to Plaintiff Freddie Earl Payne, Jr., a copy of Form MOED-0046: Application to Proceed in District Court without Prepaying Fees or Costs.

Dated this 9th day of April 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

*The Court warns Plaintiff that any statements in his Application will be made under penalty of perjury. *See* 18 U.S.C. § 621 (providing penalties for perjury); *see also* Fed. R. Civ. P. 11(b)–(c) (allowing for sanctions for misrepresentations made to the court).

- 3 -